**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony MCPETERS, Defendant– Appellant.**

**Nos. 07–50082, 07–50167.**

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 14, 2009.*

Filed Sept. 30, 2009.

Michael J. Raphael, Esq., Vince Farhat, Esq., Los Angeles, CA, for Plaintiff–Appellee.

Elizabeth A. Newman, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

In these consolidated appeals, Anthony McPeters appeals from the two concurrent 188–month sentences imposed following his guilty-plea conviction for bank robbery, in violation of 18 U.S.C. § 2113(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), McPeters' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed. However, the appellant has filed a motion to strike counsel's *Anders* brief, and a motion for appointment of substitute counsel.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300

(1988), discloses no arguable grounds for relief on direct appeal.

The appellant's motions are **DENIED.**

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

